IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEXANDRIA HAMM, ) | CASE NO. 02 CV 4550 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| PSC METALS, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR ADMISSION PRO HAC VICE OF BRIAN A. MACIAK

Defendant PSC Metals, Inc., through the undersigned counsel, respectfully moves this Court for permission for Brian A. Maciak to participate *pro hac vice* as counsel to Defendant PSC Metals, Inc. in the above-referenced cause and would show the Court as follows:

1. His firm address is as follows:

    Brian A. Maciak
    FRANTZ WARD LLP
    55 Public Square, 19th Floor
    Cleveland, Ohio 44116
    Telephone:   216-515-1647
    Facsimile:   216-515-1650

2. Mr. Maciak is licensed to practice and is an active member of the bar in good standing in the State of Ohio.  He also is admitted to practice in the United States District Court for the Northern District of Ohio.

3. Mr. Maciak has not been the subject of disciplinary action in the last five years by the Bar or courts of any jurisdiction.

4. Mr. Maciak has not been denied admission to the courts of any state or to any federal court.

5. Mr. Maciak is familiar with the Disciplinary Rules of Professional Conduct governing the conduct of members of the State Bar of Pennsylvania, and will at all times abide and comply with the same so long as this proceeding is pending.

WHEREFORE, Defendant PSC Metals, Inc. respectfully requests that this Court grant Brian A. Maciak permission to participate as an attorney in the proceeding in this case.

          Respectfully submitted,

          _____
          Larry J. Rappoport
          Attorney I.D. No. 26922
          One Glenhardie Corporate Center
          1275 Drummers Lane
          P.O. Box 236
          Wayne, PA 19087-0236
          (610) 293-4967

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ALEXANDRIA HAMM,** )  | CASE NO. 02 CV 4550 |
| )  | |
| **Plaintiff,** )  | |
| )  | |
| vs. )  | |
| )  | |
| **PSC METALS, INC., et al.,** )  | |
| )  | |
| **Defendants.** )  | |

**AFFIDAVIT OF BRIAN A. MACIAK**

Brian A. Maciak, being duly sworn, hereby deposes and says:

1. I am an attorney with the law firm of Frantz Ward, LLP, 55 Public Square, Cleveland, Ohio 44113.

2. I am and have been a member in good standing of the bar of the highest court of the State of Ohio since 2000.

3. I am also admitted to practice in the United States District Court for the Northern District of Ohio.

4. I am in good standing with all of the above-listed courts.

FURTHER AFFIANT SAYETH NAUGHT.


Dated: September ____, 2002

 

_____
BRIAN A. MACIAK

Subscribed to and sworn before me this
_____ day of _____, 2002.


_____
Notary Public

-3-

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALEXANDRIA HAMM,** | ) | CASE NO. 02 CV 4550 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **PSC METALS, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

This matter is before the Court on Motion of Defendant PSC Metals, Inc. to allow Brian A. Maciak to appear and participate *Pro Hac Vice* as an attorney in the proceedings of this cause. The Court is of the opinion that the Motion is meritorious, and

IT IS HEREBY ORDERED that Brian A. Maciak is granted leave to appear in this action *pro hac vice* as counsel for Defendant PSC Metals, Inc.

SIGNED on this ____ day of _____, 2002.

_____