# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEXANDRIA HAMM, | ) | CASE NO. 02 CV 4550 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| PSC METALS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR ADMISSION PRO HAC VICE OF DANIEL A. WARD

Defendant PSC Metals, Inc., through the undersigned counsel, respectfully moves this Court for permission for Daniel A. Ward to participate *pro hac vice* as counsel to Defendant PSC Metals, Inc. in the above-referenced cause and would show the Court as follows:

1. His firm address is as follows:

   Daniel A. Ward
   FRANTZ WARD LLP
   55 Public Square, 19th Floor
   Cleveland, Ohio 44116
   Telephone:   216-515-1610
   Facsimile:   216-515-1650

2. Mr. Ward is licensed to practice and is an active member of the bar in good standing in the State of Ohio. He also is admitted to practice in the United States District Court for the Northern District of Ohio. Mr. Ward is also admitted to practice before the United States Court of Appeals for the Sixth Circuit.

3. Mr. Ward has not been the subject of disciplinary action in the last five years by the Bar or courts of any jurisdiction.

-2-

4. Mr. Ward has not been denied admission to the courts of any state or to any federal court.

5. Mr. Ward is familiar with the Disciplinary Rules of Professional Conduct governing the conduct of members of the State Bar of Pennsylvania, and will at all times abide and comply with the same so long as this proceeding is pending.

WHEREFORE, Defendant PSC Metals, Inc. respectfully requests that this Court grant Daniel A. Ward permission to participate as an attorney in the proceeding in this case.

                                                  Respectfully submitted,

                                                  Larry J. Rappoport
                                                  Attorney I.D. No. 26922
                                                  One Glenhardie Corporate Center
                                                  1275 Drummers Lane
                                                  P.O. Box 236
                                                  Wayne, PA 19087-0236
                                                  (610) 293-4967

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALEXANDRIA HAMM,** | ) | CASE NO. 02 CV 4550 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **PSC METALS, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### AFFIDAVIT OF DANIEL A. WARD

Daniel A. Ward, being duly sworn, hereby deposes and says:

1. I am an attorney with the law firm of Frantz Ward, LLP, 55 Public Square, Cleveland, Ohio 44113.

2. I am and have been a member in good standing of the bar of the highest court of the State of Ohio since 1982.

3. I am also admitted to practice in the United States District Court for the Northern District of Ohio and the United States Court of Appeals for the Sixth Circuit.

4. I am in good standing with all of the above-listed courts.

FURTHER AFFIANT SAYETH NAUGHT.


Dated: September ____, 2002

                                                     DANIEL A. WARD

Subscribed to and sworn before me this
_____ day of _____, 2002.

_____
Notary Public

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ALEXANDRIA HAMM,** )  | CASE NO. 02 CV 4550 |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | |
| **PSC METALS, INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

This matter is before the Court on Motion of Defendant PSC Metals, Inc. to allow Daniel A. Ward to appear and participate *Pro Hac Vice* as an attorney in the proceedings of this cause. The Court is of the opinion that the Motion is meritorious, and

IT IS HEREBY ORDERED that Daniel A. Ward is granted leave to appear in this action *pro hac vice* as counsel for Defendant PSC Metals, Inc.

SIGNED on this ____ day of _____, 2002.

_____