IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


| | | |
|---|---|---|
| ALEXANDRIA D. HAMM | : | CIVIL ACTION |
| | : | |
| v | : | |
| | : | |
| ROYAL GREEN CORPORATION, ET AL. | : | NO.  02-CV-4550 |


**O R D E R**

AND NOW, this           day of October, 2000, IT IS HEREBY ORDERED

that this case is referred to Magistrate Judge Jacob P. Hart, for the purposes of conducting a

SETTLEMENT CONFERENCE.  Counsel shall contact Judge Hart's chambers (215-597-2733)

within one week of the date of this Order to schedule a conference at Judge Hart's convenience.


BY THE COURT:


_____

_____BERLE M. SCHILLER, J.


COPIES FAXED TO:
JUDGE JACOB P. HART  215-580-2163