IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEXANDRIA D. HAMM | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ROYAL GREEN CORPORATION, et al. | : | NO. 02-4550 |

**O R D E R**

AND NOW, this 1st day of November, 2002, IT IS HEREBY ORDERED that a settlement conference in the above captioned matter previously set for Monday, November 25, 2002 at 10:00 a.m., IS HEREBY RESCHEDULED to be held before the undersigned on **TUESDAY, DECEMBER 3, 2002, at 10:00 a.m.**, in Room 3041, United States Courthouse, 601 Market St., Philadelphia, PA 19106.

**ALL OTHER PROVISIONS OF THE COURT'S ORIGINAL SETTLEMENT ORDER DATED OCTOBER 23, 2002, REMAIN IN EFFECT.  COUNSEL ARE DIRECTED TO REVIEW THE LAST PARAGRAPH OF THAT ORDER FOR SPECIFIC DIRECTION**.

DEBORAH FETTERS
DEPUTY CLERK TO HON. JACOB P. HART

Copies faxed to:
 J. Elliott, Esq.; L. Rappoport, Esq.; B. Maciak, Esq.; D. Ward, Esq.

Copies mailed to: