# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEXANDRIA HAMM, | ) |
| | ) CIVIL ACTION |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| PSC METALS, INC., et al., | ) CASE NO. 02 CV 4550 |
| | ) |
| Defendants. | ) |

### DEFENDANT PSC METALS, INC.'S MOTION TO PARTICIPATE IN THE SETTLEMENT CONFERENCE VIA TELEPHONE

Pursuant to this Court's Order on November 1, 2002, Defendant PSC Metals, Inc. ("PSC") and its counsel respectfully request permission to participate in the settlement conference on December 3, 2002, at 10:00 a.m. via telephone. The reason for this motion is that PSC and its counsel are located in Cleveland, Ohio, which is more than one hundred miles from Philadelphia, Pennsylvania.

A proposed Order is attached for the Court's convenience.

Respectfully submitted,

s/ Brian A. Maciak
Daniel A. Ward     (Ohio No. 0025064)
Brian A. Maciak    (Ohio No. 0072793)

**FRANTZ WARD LLP**
55 Public Square, 19th Floor
Cleveland, OH  44113
Telephone: (216) 515-1660
Facsimile:  (216) 515-1650

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEXANDRIA HAMM, | ) |
| | ) CIVIL ACTION |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| PSC METALS, INC., et al., | ) CASE NO. 02 CV 4550 |
| | ) |
| Defendants. | ) |

## ORDER

Upon consideration of Defendant PSC Metals, Inc.'s Motion to Participate in the Settlement Conference Via Telephone, the Court hereby grants Defendant's Motion. Accordingly, PSC Metals, Inc. and its counsel may participate in the settlement conference on December 3, 2002, at 10:00 a.m. via telephone.

IT IS SO ORDERED.

_____        _____
Date                                              Judge Jacob P. Hart

-3-

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of Defendant PSC Metals, Inc.'s Motion to Participate Via Telephone was served via U.S. Mail on this 20th day of November 2002 on the following:

Jeffrey R. Elliott, Esq.
Kozloff Stoudt
2640 Westview Drive
P.O. Box 6286
Wyomissing, PA 19610

Attorney for Plaintiff

Larry J. Rappoport, Esq.
One Glenhardie Corporate Center
1275 Drummers Lane, Suite 2002
P.O. Box 236
Wayne, PA 18503

Attorney for Defendant Royal Green Corporation

                                        s/ Brian A. Maciak
                                        Attorney for Defendant PSC Metals, Inc.